IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JANET M. PIETROBONE,  : Chapter 13
               debtor  : Case No. 20-11047 PMM

**O R D E R**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's Certification of no Response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4250.00, ($4054.70 fees and $195.30 costs/expenses)**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2, pto the extent such distribution is authorized under the terms of the confirmed chapter 13 Plan.

**Date:** 10/30/20                                                        BY THE COURT:

                                                                           *Patricia M. Mayer*
                                                           _____
                                                           **U.S. BANKRUPTCY JUDGE**
                                                           Hon. Patricia M. Mayer