United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-11047-pmm
Janet M. Pietrobone     Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Adminstra     Page 1 of 1
Date Rcvd: Nov 02, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

**Recip ID     Recipient Name and Address**
db     + Janet M. Pietrobone, 365 Hazel St., Reading, PA 19611-2054

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:**

**Name     Email Address**

JOHN A. DIGIAMBERARDINO
    on behalf of Debtor Janet M. Pietrobone jad@cdllawoffice.com dmk@cdllawoffice.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JANET M. PIETROBONE,           : Chapter 13
              debtor                 : Case No.  20-11047 PMM

**O R D E R**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's Certification of no Response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4250.00, ($4054.70 fees and $195.30 costs/expenses)**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2, pto the extent such distribution is authorized under the terms of the confirmed chapter 13 Plan.

**Date:**  10/30/20                              BY THE COURT:

                                                                          *Patricia M. Mayer*
                                                              **U.S. BANKRUPTCY JUDGE**
                                                               Hon. Patricia M. Mayer