| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 20-11047-PMM

Janet M. Pietrobone
365 Hazel St.
Reading  PA    19611

Petition Filed Date: 02/20/2020
341 Hearing Date: 04/07/2020
Confirmation Date: 10/08/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/07/2020 | $250.00 | | 04/15/2020 | $250.00 | | 05/20/2020 | $250.00 | |
| 06/17/2020 | $250.00 | | 07/15/2020 | $250.00 | | 08/19/2020 | $250.00 | |
| 09/16/2020 | $250.00 | | 10/21/2020 | $250.00 | | 11/20/2020 | $250.00 | |
| 12/16/2020 | $250.00 | | 01/21/2021 | $250.00 | | 02/18/2021 | $250.00 | |
| 03/17/2021 | $250.00 | | 04/21/2021 | $250.00 | | 05/19/2021 | $250.00 | |

**Total Receipts for the Period: $3,750.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $4,250.00 | $3,427.50 | $822.50 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $1,826.34 | $0.00 | $1,826.34 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $6,524.53 | $0.00 | $6,524.53 |
| 3 | FOLEY, INC. »» 003 | Unsecured Creditors | $7,557.20 | $0.00 | $7,557.20 |
| 4 | BECKET & LEE, LLP »» 004 | Unsecured Creditors | $1,041.26 | $0.00 | $1,041.26 |
| 5 | READING AREA WATER AUTHORITY »» 005 | Secured Creditors | $943.48 | $0.00 | $943.48 |
| 6 | CITIZENS BANK NA »» 006 | Unsecured Creditors | $3,920.29 | $0.00 | $3,920.29 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $164.69 | $0.00 | $164.69 |
| 8 | PNC BANK NA »» 008 | Mortgage Arrears | $2,989.88 | $0.00 | $2,989.88 |
| 9 | QUANTUM3 GROUP LLC as agent for »» 009 | Unsecured Creditors | $422.59 | $0.00 | $422.59 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $1,222.27 | $0.00 | $1,222.27 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC »» 011 | Unsecured Creditors | $665.91 | $0.00 | $665.91 |
| 12 | MET-ED FIRST ENERGY COMPANY »» 013 | Unsecured Creditors | $1,248.53 | $0.00 | $1,248.53 |

**Chapter 13 Case No. 20-11047-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,750.00 | Current Monthly Payment: | $145.00 |
| Paid to Claims: | $3,427.50 | Arrearages: | ($1,050.00) |
| Paid to Trustee: | $322.50 | Total Plan Base: | $9,225.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.