## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Janet M. Pietrobone<br>_Debtor_ | Chapter 13 |
| PNC BANK, NATIONAL ASSOCIATION<br>_Movant_<br>vs.  | NO. 20-11047 PMM |
| Janet M. Pietrobone<br>_Debtor_ | 11 U.S.C. Section 362 |
| and Scott F. Waterman, Esq.<br>_Trustee_ | |

## ORDER

AND NOW, this **24th** day of **October**, 2022 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on February 15, 2022, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK, NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 365 Hazel St Reading, PA 19611.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Patricia M. Mayer_
United States Bankruptcy Judge.