United States Bankruptcy Court

Eastern District of Pennsylvania

In re:            Case No. 20-11047-pmm

Janet M. Pietrobone            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3

Date Rcvd: Mar 23, 2023      Form ID: pdf900      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet M. Pietrobone, 365 Hazel St., Reading, PA 19611-2054 |
| 14470444 | + | Arcadia Recovery Bureau, P.O. Box 6768, Wyomissing, PA 19610-0768 |
| 14491461 | | Citizens Bank N.A., Citizens Bank N.A.One Citizens Bank Way, Johnston, RI 02909 |
| 14470452 | + | Foley, Inc., 855 Centennial Ave., Piscataway, NJ 08854-3939 |
| 14501390 | + | John A. DiGiamberardino, Esquire, Case & DiGiamberardino, P.C., 845 N. Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 14470455 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, P.O. Box 16001, Reading, PA 19612-6001 |
| 14470456 | + | MTA Bridges and Tunnels, 1 Randalls Island Park, New York, NY 10035-5100 |
| 14501734 | + | Metropolitan Edison Company, 101 Crawford's Corner Road, Building 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14470459 | + | PA Turnpike Commission, Violation Processing Center, 300 E. Park Drive, Harrisburg, PA 17111-2729 |
| 14470461 | + | Pro X Painting LLC, Jarrod Pietrobone, 528 Albert Drive, Sinking Spring, PA 19608-1900 |
| 14470462 | | Professional Account Mgmt LLC, P.O. Box 1520, Milwaukee, WI 53201-1520 |
| 14470464 | + | Reading Area Water Authority, 1801 Kutztown Road, Reading, PA 19604-1515 |
| 14470465 | + | Richard W. Keifer, III, Esquire, 311 Market St., Kingston, PA 18704-5428 |
| 14470469 | | Tower Health System, Bankruptcy Department, P.O. Box 16051, Reading, PA 19612-6051 |
| 14470471 | + | Transworld Systems Inc., 1105 Schrock Road, Ste. 300, Columbus, OH 43229-1174 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 24 2023 00:06:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 24 2023 00:06:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14470447 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 24 2023 00:06:00 | Citizens Bank NA, Attn: Bankruptcy, One Citizens Bank, Providence, RI 02903 |
| 14470463 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 24 2023 00:06:00 | RBS Citizens, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 14470445 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 24 2023 00:11:14 | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14470446 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 24 2023 00:11:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14478137 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 24 2023 00:11:02 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14487976 | | Email/PDF: bncnotices@becket-lee.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 24 2023 00:21:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14470448 | | Email/Text: documentfiling@lciinc.com | Mar 24 2023 00:05:00 | Comcast, P.O. Box 3006, Southeastern, PA 19398-3006 |
| 14470449 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 24 2023 00:06:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 183043, Columbus, OH 43218-3043 |
| 14474196 | | Email/Text: mrdiscen@discover.com | Mar 24 2023 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14470450 | + | Email/Text: mrdiscen@discover.com | Mar 24 2023 00:06:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14470453 | | Email/Text: Harris@ebn.phinsolutions.com | Mar 24 2023 00:06:00 | Harris & Harris Ltd, 111 W. Jackson Blvd., Ste. 400, Chicago, IL 60604-4135 |
| 14498266 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 24 2023 00:06:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14470454 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 24 2023 00:06:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14470457 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 24 2023 00:06:00 | New Jersey EZ Pass, Customer Service Center, P.O. Box 4972, Trenton, NJ 08650 |
| 14470458 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 24 2023 00:06:00 | PA Dept. of Revenue, Dept. 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 14493244 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 24 2023 00:06:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14470460 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 24 2023 00:06:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14474204 | ^ | MEBN | Mar 24 2023 00:03:46 | PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASS, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14492582 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 24 2023 00:11:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14496393 | | Email/Text: bnc-quantum@quantum3group.com | Mar 24 2023 00:06:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14470466 | + | Email/PDF: clerical@simmassociates.com | Mar 24 2023 00:11:13 | Simm Associates Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 14470467 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2023 00:11:01 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14470468 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2023 00:11:14 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14470470 | | Email/Text: bankruptcydepartment@tsico.com | Mar 24 2023 00:06:00 | Transworld Systems Inc., PO Box 15618, Wilmington, DE 19850-5618 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14487981 | *+ | Reading Area Water Authority, 1801 Kutztown Road, Reading, PA 19604-1515 |
| 14470451 | ##+ | F.M. Brown's Sons, Inc., 717 Lancaster Avenue, P.O. Box 324, Shillington, PA 19607-0324 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

District/off: 0313-4 User: admin Page 3 of 3
Date Rcvd: Mar 23, 2023 Form ID: pdf900 Total Noticed: 41

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEPHEN MCCOY OTTO | on behalf of Debtor Janet M. Pietrobone steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Janet M. Pietrobone | Bankruptcy No. 20-11047-PMM |
| Debtor | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 23, 2023**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE